*E-Filed 10/26/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFONSO MOUZON,<br><br>    Petitioner,<br><br>    v.<br><br>PAM ALIN,<br><br>    Respondent.<br>_____/ | No. C 11-2907 RS (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

This federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner was opened in error. Accordingly, the Clerk shall ADMINISTRATIVELY CLOSE this action. No filing fee is due.

**IT IS SO ORDERED**.

DATED: October 25, 2011

                                         RICHARD SEEBORG
                                         United States District Judge